# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANDRE ALEXANDER,<br><br>        Plaintiff,<br><br>vs.<br><br>SAGE CAPITAL RECOVERY, LLC,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. 1:10-cv-06822-JEI-AMD<br>)<br>)<br>)<br>)<br>)<br>) |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties to this action that Defendant Sage Capital Recovery, LLC's time to answer, move or otherwise respond to the Complaint in this action is hereby extended through and including March 9, 2011.

Dated: February 16, 2011

Respectfully submitted,

/s/ Bruce K. Warren
Bruce K. Warren, Esq.
Warren & Vullings, L.L.P.
93 Old York Road
Suite 333
Jenkintown, PA 19046
Tel.: (215) 745-9800
Fax.: (215) 745-7880
bruce@warrenvullingslaw.com
Attorney for Plaintiff

/s/ Ross S. Enders
Ross S. Enders, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
200 Route 31 North, Suite 203
Flemington, NJ 08822
Telephone No.: (908) 751-5941
Facsimile No.: (908) 751-5944
renders@sessions-law.biz
Attorneys for Defendant
Sage Capital Recovery, LLC

So Ordered this 17th day of February 2011

Ann Marie Donio, USMJ