## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____
**ANDRE ALEXANDER**                    )
                                       )        **Case Number:  1:10-cv-06822**
                                       )
          **Plaintiff**                )
                                       )
          **vs.**                      )
                                       )
**SAGE CAPITAL RECOVERY, LLC**         )
                                       )
          **Defendant**                )
_____      )

### <u>NOTICE OF DISMISSAL</u>

PLEASE TAKE NOTICE that plaintiff, Andre Alexander, pursuant to Rule

41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action

captioned above, with prejudice.

BY:_/s/  Brent F. Vullings
        Brent F. Vullings, Esquire
        Attorney for Plaintiff
        Attorney I.D. #92344
        Warren & Vullings, LLP
        93 Old York Road
        Jenkintown, PA  19046
        215-745-9800